AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-624 |
| SHAWN MONPER | ) | [UNDER SEAL] |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **SHAWN MONPER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts One through Four: Influencing, Impeding or Retaliating against a Federal Official and a Federal Law Enforcement Officer, in violation of Title 18, United States Code, Section 115(a)(1)(B).

Date: 04/09/2025

*Issuing officer's signature*

City and state: Pittsburgh, Pennsylvania

Honorable Christopher B. Brown, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/09/2025, and the person was arrested on *(date)* 04/09/2025
at *(city and state)* BUTLER, PA.

Date: 04/10/2025

*Arresting officer's signature*

RYAN J. CHROBAK/SA
*Printed name and title*