IN THE UNITED STATES DISTICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:24 MJ 1297624 |
| v. ) | |
| ) | |
| SHAWN MONPER ) | |

## PROBABLE CAUSE ORDER

AND NOW, this __14th__ day of __April__, 2025, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the alleged crimes have been committed by the Defendant Shawn Monper.

BY THE COURT:

_____
Maureen P. Kelly
United States Magistrate Judge